IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VOLUMETRICS MEDICAL IMAGING, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:05CV00955 |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

## VERDICT

Did the Plaintiff, Volumetrics Medical Imaging, LLC, prove by a preponderance of the evidence that the document identified as Exhibit 2, "Assignment of Intellectual Property" was signed before October 27, 2005?

    __Yes__
    Yes or No

This the _26_ day of February, 2008.

    _____
    Foreperson