IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No: 1:05CV00955

| | | |
|---|---|---|
| VOLUMETRICS MEDICAL IMAGING, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC., MEDISON AMERICA, INC., AND SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MOTION FOR ORDER ESTABLISHING PROCEDURE FOR MARKMAN HEARING |

NOW COME Defendants Toshiba America Medical Systems, Inc. ("TAMS"), Medison America, Inc. ("Medison America") and Siemens Medical Solutions USA, Inc. ("Siemens") (collectively referred to herein as "Defendants"), through counsel, and hereby move the Court for an order governing the procedure for the claim construction proceedings commencing May 19, 2008 as follows:

1. Tutorials by all parties regarding the technologies at issue;

2. Opening Statements by VMI and Defendants;

3. Argument regarding the proper construction of the disputed claim terms of United States Patent No. 5,546,807 (the "'807 Patent");

4. Argument regarding the proper construction of the disputed claim terms of United States Patent No. 6,276,211 (the "'211 Patent"); and

5. Argument regarding the proper construction of the disputed claim terms of United States Patent Nos. 4,596,145 (the "'145 Patent") and 4,694,434 (the "'434 Patent").

Defendants further move the Court for an order providing that TAMS and Siemens will not be required to participate in claim construction proceedings related to the '145 Patent and '434 Patent as VMI does not allege that TAMS or Siemens infringe the claims of the '145 or '434 Patents. Finally, Defendants move the Court for an order providing that TAMS will not be required to participate in claim construction proceedings related to the '211 Patent as VMI does not allege that TAMS infringes the claims of the '211 Patent. A proposed Order is attached hereto as <u>Exhibit A</u>.

In support of this motion, Defendants rely on the Memorandum in Support submitted contemporaneously herewith.

Dated May 7th, 2008

    Respectfully Submitted,

    Counsel for Defendant Toshiba America Medical Systems, Inc.:

    <u>/s/ Timothy G. Barber</u>
    Timothy G. Barber (NCSB No. 12851)
    tim.barber@wcsr.com
    K. Matthew Miller (NCSB No. 27974
    matt.miller@wcsr.com
    WOMBLE CARLYLE SANDRIDGE
       & RICE, PLLC
    One Wachovia Center, Suite 3500
    301 South College Street
    Charlotte, NC 28202-6037
    Telephone: 704 331-4937

    Henry C. Bunsow

2

Case 1:05-cv-00955-NCT-LPA    Document 354    Filed 05/07/2008    Page 2 of 6

Denise M. DeMory
Matthew F. Greinert
HOWREY LLP
535 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900


Counsel for Defendant Siemens Medical
Solutions USA, Inc.

John M. Desmarais
Jon T. Hohenthaner
Andrew G. Heinz
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800

Irving M. Brenner (NCSB No. 15483)
MCGUIRE WOODS, LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone (704) 343-2000


Counsel for Defendant Medison America, Inc.

James A. Medford (NCSB No. 2960)
jim.medford@smithmoorelaw.com
Gregory G. Holland (NCSB No. 19069)
greg.holland@smithmoorelaw.com
Richard A. Coughlin (NCSB No. 19894)
rick.coughlin@smithmoorelaw.com

SMITH MOORE LLP
300 North Greene Street, Suite 1400
P.O. Box 21927
Greensboro, North Carolina 27420
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

William F. Abrams
william.abrams@bingham.com

3

Raymis H. Kim
raymis.kim@bingham.com
Patrick T. Weston
patrick.weston@bingham.com

BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4400

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing *Defendants Motion for Order Establishing Procedure for Markman Hearing* was filed with the Court's ECF system and additionally will be served upon each of the parties to this action pursuant to the Stipulation Regarding Service Via E-Mail as follows on this 7th day of May, 2008:

**Volumetrics Medical Imaging, L.L.C.:**
joe.bracken@alston.com
kirk.bradley@alston.com
mike.connor@alston.com
cyndi.elliott@alston.com
angela.james@alston.com
mike.kenny@alston.com
rick.mcdermott@alston.com
chris.riley@alston.com
karen.shadden@alston.com
anne.randall@alston.com
kevin.obrien@alston.com
stephen.hladik@alston.com
debra.gleason@alston.com
lisa.bojko@alston.com
mkellogg@khhte.com
mhansen@khhte.com
khuff@khhte.com
jrozendaal@khhte.com
jhall@khhte.com
jrichardson@khhte.com
mjoffre@khhte.com
rstern@khhte.com
czeender@khhte.com
lkelly@khhte.com
kfetterman@khhte.com
grapawy@khhte.com

**Medison America, Inc.:**

 Greg.Holland@smithmoorelaw.com
 Jim.Medford@smithmoorelaw.com
 Rick.Coughlin@smithmoorelaw.com
 Lisa.Shortt@smithmoorelaw.com
 William.Abrams@bingham.com
 Raymis.Kim@bingham.com
 Patrick.Weston@bingham.com

**Siemens Medical Solutions, USA, Inc.:**

 Irving.Brenner@hmw.com
 jhohenthaner@kirkland.com
 cmizzo@kirkland.com
 jloy@kirkland.com
 aheinz@kirkland.com

          /s/ Timothy G. Barber